**Order entered August 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00520-CV

### IN THE INTEREST OF Z.C.M., M.R.M. AND E.P.M., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-22954**

## ORDER

We **GRANT** appellant's August 13, 2015 motion for an extension of time to file the reporter's record as follows: We **ORDER** Shantel Beheler, Official Court Reporter for the 301st Judicial District Court, to file, within **THIRTY DAYS** of the date of this order, either (1) the reporter's record or (2) written verification that appellant has not paid or made arrangements to pay the fee for the record. *We caution appellant that, if the Court receives written verification of no payment or payment arrangements, the Court will order the appeal submitted without the reporter's record.* See TEX. R. APP. P. 37.3(c).

/s/　ELIZABETH LANG-MIERS
　　 JUSTICE